# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Location Code/Violation Number: CA88  6096929 |
| Plaintiff, | USDC Case Number: 1:18-PO-00294-SAB |
| v. | **ORDER TO PAY FIXED-SUM IN LIEU OF APPEARANCE** |
| KAREN D YOUKER | **(Violation Notice)** |
| Defendant. | |

Defendant has agreed to pay a fixed-sum in lieu of appearance in court on the following charge(s) and to pay that fixed sum on the payment schedule ordered below:

| Charge(s): | Nature of Charge(s) |
|---|---|
| **36 CFR 327.14(a)** | **Destruction, Injury, Removal or Alteration** |

**ACCORDINGLY, YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

☑  **PAY** a fine in the amount of $ 380.00, a special assessment of $ 0.00 and a $ 0.00 processing fee for a total financial obligation of $380.00, due immediately or in monthly payments of $ 63.33 per month commencing on **February 15, 2019** and payable each month thereafter by the 15th of the month until paid in full. The entire financial obligation must be paid in full by **July 15, 2019**.

**IT IS FURTHER ORDERED** that all financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed your driving record and must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

☑ **CENTRAL VIOLATIONS BUREAU**
P.O. Box 71363
Philadelphia, PA   19176-1363
1-800-827-2982
            -or-
Pay on-line at www.cvb.uscourts.gov and
Click on "Pay On-Line"

☐ CLERK, United States District Court
Eastern District of California- Fresno Division
2500 Tulare Street, Suite 1501
Fresno, CA   93721

Your check or money order must indicate your name and violation notice/case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.

Dated:  01/11/19

/s/ Stanley A. Boone

Stanley A. Boone
United States Magistrate Judge

*Cal-Ed (Fresno)- Mis 4 (Rev. 12/14)*
  cc: U.S. Attorney, Fresno Office- Misdemeanor Unit

CRD Initials  MH